UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LANE MCDONOUGH,

                                Plaintiff,

            -against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION, PAUL DIDIO

                                Defendant.
------------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

16 Civ. 4272 (LTS) (JLC)

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Evan M. Piercey, dated October 14, 2016, and the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated October 14, 2016, and upon all the papers and proceedings previously had herein, Defendants the New York City Department of Education ("DOE") and Principal Paul DiDio (collectively, "Defendants") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, before the Honorable Laura Taylor Swain, United States District Court Judge, at a time and date to be designated by the Court, for a judgment, pursuant to section 3813 of the New York State Education Law and Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Complaint against the Defendants on the grounds that: (1) the Complaint is procedurally deficient as Plaintiff has failed to file and serve a timely notice of claim, a condition precedent to bringing suit on his New York State and New York City law claims, and (2) the Complaint otherwise fails to state a claim upon which relief can be granted.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 6.1, opposing affidavits and answering memoranda shall be served within fourteen (14) days after

service of the moving papers, and reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

**CERTIFICATION.** In accordance with Magistrate Judge James L. Cott's Individual Practices, Rule 2(B)(2), on September 7, 2016, the Defendants sent Plaintiff a detailed letter outlining the legal and factual positions of an anticipated motion to dismiss. In accordance with Judge Laura Taylor Swain's September 9, 2016 order, Plaintiff filed a response to Defendants' letter on September 21, 2016. Thereafter, pursuant Judge Swain's September 9, 2016 order, the undersigned spoke with Plaintiff on September 26 and September 29, 2016 and Plaintiff indicated that he did not intend to amend his Complaint.

Dated:	New York, New York
	October 14, 2016

                              **ZACHARY W. CARTER**
                              Corporation Counsel of the
                              City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-173
                              New York, New York 10007-2608
                              (212) 356-2428
                              epiercey@law.nyc.gov

                    By:     /s/
                              Evan M. Piercey
                              Assistant Corporation Counsel

TO:	**LANE MCDONOUGH**
	Plaintiff pro se
	29-50 167th Street
	Flushing, New York, 11358
	(By Mail and By ECF)

| 16 Civ. 4272 (LTS) (JLC) |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| LANE MCDONOUGH,<br><br>                                            Plaintiff,<br><br>-against-<br><br>THE DEPARTMENT OF THE CITY SCHOOL DISTRICT OF NEW YORK, PAUL DIDIO<br><br>                                           Defendants. |
| **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| ***ZACHARY W. CARTER***<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendants<br>100 Church Street, Room 2-173<br>New York, New York  10007<br><br>Of Counsel:  Evan M. Piercey<br>Telephone:  (212) 356-2428<br>Matter No.:  2016-038275 |
| *Due and timely service is hereby admitted.*<br><br>*Dated: New York, New York............................................2016*<br><br>*Signed:  ...................................................................................*<br><br>*Attorney for ............................................................................* |